IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMF REMEDIATION CORPORATION AS TRUSTEE OF THE WILLITS ENVIRONMENTAL REMEDIATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>Defendant.<br>_____/ | No. C-05-1827 MMC<br><br>**ORDER OF DISMISSAL** |

    Plaintiff having advised the Court that the parties have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: November 1, 2005

                                           MAXINE M. CHESNEY
                                           United States District Judge