Philip C. Hunsucker, Esq. (State Bar No.: 135860)
Brian L. Zagon, Esq. (State Bar No.: 142403)
RESOLUTION LAW GROUP, P.C.
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Phone: (925) 284-0840
Facsimile: (925) 284-0870
pch@reslawgrp.com
blz@reslawgrp.com

Attorneys for Plaintiff AMF Remediation Corporation as Trustee of the Willits Environmental Remediation Trust

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMF Remediation Corporation as Trustee of the Willits Environmental Remediation Trust,<br><br>           Plaintiff,<br><br>    v.<br><br>American International Specialty Lines Insurance Company,<br><br>           Defendant. | Case No.: C-05-1827 MMC<br><br>**STIPULATION OF DISMISSAL** |

Stipulation of Dismissal

## STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Plaintiff, AMF Remediation Corporation as Trustee of the Willits Environmental Remediation Trust ("AMF") hereby dismisses this action with prejudice, pursuant to FRCP 41(a)(1), each party to bear their own attorneys's fees and costs.

Dated: February 3, 2006

**RESOLUTION LAW GROUP, P.C.**

By: _____
Philip C. Hunsucker
Brian L. Zagon
Attorneys for Plaintiff

Dated: February 3, 2006

**SINNOTT, DITO, MOURA & PUEBLA, P.C.**

By: _____
W. David Campagne
Kenneth H. Sumner
Attorneys for Defendant American International Speciality Lines Insurance Company

## ORDER

The Court hereby dismisses the Declaratory Judgment Action against ("AISLIC") with prejudice and each party shall bear their own attorneys fees and cost.

**IT IS SO ORDERED.**

Dated: February 3, 2006

_____
HON. MAXINE M. CHESNEY
JUDGE, UNITED STATES DISTRICT COURT

Stipulation of Dismissal 2